IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEUTSCHE BANK NATIONAL
TRUST COMPANY as Trustee for
HSI Asset Securitization Corporation
Trust 2007-HE1 Mortgage Pass-Through
Certificates, Series 2007-HE1,

       Plaintiff,     :     Case No. 3:07-cv-227

                                District Judge Walter Herbert Rice
  -vs-                        Chief Magistrate Judge Michael R. Merz

                                 :

SANDEE SCHAEFER, et al.,

       Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 21, 2007, hereby ADOPTS said Report and Recommendations.

The Court will enter a decree of foreclosure which embodies the findings and conclusions recommended by the Magistrate Judge. The Court finds that the proposed decree attached to the Motion for Default Judgment (attachment to Doc. No. 16) does not comply with the Court's Electronic Filing Policies and Procedures Manual, § II.E.2. A proposed decree of foreclosure shall be submitted to the undersigned as required by the Manual. Failure to do so within ten days will result in dismissal of this case for want of prosecution.

September 26, 2007.

                                                                  Walter Herbert Rice
                                                              United States District Judge